UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR12-5356RBL |
| | ) | |
| Plaintiff, | ) | UNITED STATES' MOTION |
| | ) | TO SEAL |
| v. | ) | |
| | ) | |
| SHADINA RICE, | ) | |
| | ) | |
| Defendant. | ) | NOTE ON MOTION CALENDAR: |
| | ) | June 7, 2013 |
| | ) | |

The United States of America, by Jenny A. Durkan, United States Attorney for the Western District of Washington, and Bruce F. Miyake, Assistant United States Attorney for said District, files this Motion to Seal.

The government hereby requests that the Government's Sentencing Memorandum, in the above-captioned matter, which will be filed under seal subsequent to the filing of this motion, be allowed to remain under seal.

DATED this 24th day of May, 2013.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

*s/Bruce F. Miyake*
BRUCE F. MIYAKE
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:    (206) 553-2077
Fax:            (206) 553-0755
E-mail:         Bruce.Miyake@usdoj.gov

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing  to the attorney of record for the defendant.

*s/ Janet K. Vos*
JANET K. VOS
Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
 Phone: (206) 553-5041
FAX:   (206) 553-0755
E-mail:  Janet.Vos@usdoj.gov

UNITED STATES' MOTION TO SEAL - 2
*United States v. Shadina Rice*, CR12-5356RBL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970