JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>SHADINA RICE,<br><br>   Defendant. | NO. CR12-5356BHS<br><br>DEFENDANT'S SUPPLEMENTAL<br>SENTENCING MEMORANDUM |

On June 25 (Ms. Rice's original sentencing date), Pretrial Services filed a report alleging that she had violated the conditions of her bond by not reporting new employment as a tax preparer. While the report did not allege that Ms. Rice had engaged in new criminal conduct, various statements attributed to a witness in the violation report suggested that Ms. Rice may have been withholding refunds from clients. Ms. Rice admitted to the Court that she had prepared several tax returns in exchange for cash payments as a secondary source of income, while maintaining her regular full time employment with a marketing company, and that she had not reported this additional income as new "employment" to Pretrial Services.

The Court then continued Ms. Rice's sentencing from June 25 to July 23 to allow Pretrial Services and the Government to investigate further.

DEFENDANT'S SUPPLEMENTAL
SENTENCING MEMORANDUM – 1
*United States v. Shadina Rice /* CR12-5356BHS

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710

Pretrial Services filed an updated release status report on July 12. The report states that Ms. Rice is in compliance with her bond and that there is no new information indicating that she had engaged in any misconduct while working as a tax preparer or otherwise. In addition, AUSA Bruce Miyake has informed defense counsel that the Government has completed its inquiries into the allegations in the June 25 violation report. The Government is satisfied that there was no criminal conduct associated with Ms. Rice's tax preparations, and no additional bond violations or criminal charges will be presented to the Court.

DATED this 22nd day of July, 2013.

                                                Respectfully submitted,

                                                s/ *Colin Fieman*
                                                Colin Fieman
                                                Attorney for Shadina Rice

DEFENDANT'S SUPPLEMENTAL
SENTENCING MEMORANDUM – 2
*United States v. Shadina Rice /* CR12-5356BHS

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710

# CERTIFICATE OF SERVICE

I hereby certify that on the date below I filed with the Clerk of the Court the foregoing Motion for Order Sealing Defendant's Supplemental Sentencing Memorandum and proposed Order. I used the CM/ECF system, which will send notification of such filing to Assistant United States Attorney Bruce Mikaye.

I further certify that I e-mailed a copy of said document to the United States Probation Officer, Becky Miller.

DATED this 22nd day of July, 2013.

                                                s/ *Kathleen A. Gilkey*
                                                Kathleen A. Gilkey

DEFENDANT'S SUPPLEMENTAL
SENTENCING MEMORANDUM – 3
*United States v. Shadina Rice /* CR12-5356BHS

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710